UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FILED

APR 2 4 2014

AT        O'CLOCK
        Clerk - Syracuse

| | | |
|---|---|---|
| Bobby Grubbs 09A5025 **Plaintiff(s)** | ) ) ) | **INMATE CIVIL RIGHTS COMPLAINT PURSUANT PURSUANT TO 42 U.S.C. § 1983** |
| **vs.** | ) | |
| C.O. John Serrell, C.O. marcie Everleth, **Defendant(s)** | ) ) ) | Case No. 9: 14 CV 467 |

Plaintiff(s) demand(s) a trial by: ✔ JURY _____ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.  This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2.  Plaintiff: **Bobby Grubbs 09A5025**

    Address: **309 Bare Hill Road P.O. Box 2001**
    **Malone, N.Y. 12953**
    **Upstate Correctional Facility**

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: **John Serrell**

    Official Position: **Correction Officer**

    Address: **Great Meadow Corr. Facility**
    **11739 State Route 22**
    **Comstock, N.Y. 12821**

    **Individually and in their official capacities.**

1.

CAPTION CONTINUED of
COMPLAINT FORM

PARTIES

3. d.  David Karandy
       Medical Doctor
       Great Meadow Corr. Facility
       11739 State Route 22
       Comstock, N.Y. 12821

   e.  Sara Nakiewicz
       Mailroom Supervisor
       Great Meadow C.F.
       11739 State Route 22
       Comstock, N.Y. 12821

   f.  Jeffrey Lindstrand
       Deputy Superintendent of
                Administration
       Great Meadow C.F.
       11739 State Route 22
       Comstock, N.Y. 12821

   g.  Steven Racette
       Superintendent
       Great Meadow C.F.
       11739 State Route 22
       Comstock, N.Y. 12821

2.

CAPTION CONTINUED of
COMPLAINT FORM

PARTIES

3.h. Joseph Harrington
Correction Officer
Great Meadow Corr. Facility
11739 State Route 22
Comstock, N.Y. 12821

i. Kimberly Lipka
Registered Nurse
Great Meadow C.F.
11739 State Route 22
Comstock, N.Y. 12821

j. Jason Ashline
Correction Officer
Great Meadow C.F.
11739 State Route 22
Comstock, N.Y. 12821

k. David Lehman
Registered Nurse
Great Meadow C.F.
11739 State Route 22
Comstock, N.Y. 12821

3.

CAPTION CONTINUED of
COMPLAINT FORM

PARTIES

3. l.        Ramos
        Correction Officer (C6 Company)
        Great Meadow Corr. Facility
        11739 State Route 22
        Comstock, N.Y. 12821

    m.    John Doe    (C8 Company)
        Correction Officer
        Great Meadow C.F.
        11739 State Route 22
        Comstock, N.Y. 12821


        Individually and in their official capacities.

4.

b.    Defendant: *Marcie Everleth*

Official Position: *Correction Officer*

Address: *Great Meadow Corr. Facility*

*11739 State Route 22*

*Comstock, N.Y. 12821*

c.    Defendant: *Toby Williams*

Official Position: *Sergeant*

Address: *Great Meadow C.F.*

*Individually and in their* *11739 State Route 22*
*official capacities.*    *Comstock, NY. 12821*

*\*MORE Def's...*

Additional Defendants may be added on a separate sheet of paper. *See Next few Pages*
*Please*

4. PLACE OF PRESENT CONFINEMENT

a.    Is there a prisoner grievance procedure at this facility?

____✓ Yes              _____ No

b.    If your answer to 4a is YES, did you present the facts relating to your complaint in this grievance program?

____✓ Yes              _____ No

If your answer to 4b is YES,

(i)    What steps did you take? *I wrote grievances*
*and appealed them to the farthest*
*level. I also wrote Albany D.O.C.*
*Executives.*

(ii)    What was the final result of your grievance? *The C.O.R.C.*
*affirmed the officers version of events.*
*The executives of D.O.C. in Albany*
*also affirmed the officers accounts*
*of events. and/or had me interviewed).*
*Usually the harassment ceased*
*after the damage had been done.*

5.

If your answer to 4b is NO - why did you choose to not present the facts relating to your complaint in the prison's grievance program? _____

_____

_____

c.   If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

_____ Yes                    _____ No

If your answer to 4c is YES,

(i)   What steps did you take? _____

_____

_____

(ii)   What was the final result regarding your complaint?_____

_____

If your answer to 4c is NO - why did you choose to not complain about the facts relating to your complaint in such prison? _____

_____

5.   PREVIOUS LAWSUITS

a.   Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

_____ Yes                    __✓__ No

b.   If your answer to 5a is YES you must describe any and all lawsuits, currently pending or closed, in the space provided below.

For EACH lawsuit, provide the following information:

i.   Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s): _____

6.                    FACTS

On February 1, 2012 while in a pro-cession to the prison clinic for evening medication (and directly to commissary after-wards), Correction Officer John Serrell pulled me out of the advancing line of men. There was no legitimate reason for any officer (or anyone at all) to pull me out of line delaying or preventing me from the prison clinic's medication window.

C.O. Serrell waited in silence as the area became clear of people (witnesses). At this time I was facing correction officer Marcie Everleth who moments before or-dered me to go where I'm supposed to be. I also recalled that C.O. Everleth had been very rude and nasty toward me not very long before this day and her harshness was totally unnecessary and definately counterproductive.

Ultimately C.O. Serrell poked me in my chest as if threatening or chastize me while accenting these (sentiments) words with each poke. Without taking a moment to contemplate the possible outcome, I said don't touch me. He responded "I can do what I want to do, just like you can do what you want to do." Foolishly, and knowing I'd write

7.

# FACTS

a formal complaint about this, I responded saying "That's exactly what I plan to do."

Instantly C.O. Serrell shoved me into the wall and I gave him no reason to assume that I was not 100% compliant. He kicked violently between my feet while one hand was on the wall next to both of mine and his other hand at my lower back.

This is when C.O. Everleth came over (she watched this whole interaction) and pulled my right hand from the high and flat position on the wall I was shoved into and yanked it behind me while saying "Get your F*@king hand behind your back!!!" C.O. Serrell then threw me to the ground viciously hard and beat me physically as if he'd caught me in the act of deflowering his young daughter. His glossy blue eyes were blank before but now pierced at me with rage. He repeatedly barked "Do what you plan to do NOW!!!" I thought the blows he hit me with would never cease.

I was left on the ground and endured this brutal beating until finally I was helped to my feet and brought to the nurse and photographed. The following day I was black and blue.

8.

# FACTS

Immediately the sick call staff and the chief medical provider avoided treating me or seeing me. Those Nurses who had seen my injuries and had not reported them are included in this civil rights claim along with the Dr. whom I normally had visits with. I had symptoms of a mild to moderate concussion, the white of my left eye has a small (very small) piece which broke away and caused vision problems, and my upper left forehead has a permanent deformity. It's one of the lumps that has Not subsided 100%. It's Noticable to the naked eye. I still have significant emotional problems including paranoia and (seldom) I started having panic attacks again. I now suffer daily cluster headaches as a result of the malicious and sadistic beating I endured on 2/1/12. There are other scars from that beating that are just darkened surface skin, such as my upper left under arm, etc. My family was very distraught especially because simultaneously my mom was going through her first chemotherapy sessions. The cover up actions of DOC staff was over the top. Even the laundry supervisor accused me of stealing (facility issued) net bags when I asked if someone turned them in from the

# FACTS

ground where I was assaulted. (Inmates must bring their Net bags to haul commissary purchases back to their cells.)

    The exorbitant efforts to get me into the (elite) I PA training program (to be a qualified teacher's aide or facilitator) Nor my handwritten request to be placed in honor block housing submitted exactly 24 hours before this "attempted assault" (and more), were Not allowed to be mentioned, read, or acknowledged during the 2-part hearing for the bogus misbehavior report that C.O. Serrell had written regarding this incident.

    The Inspector General Interviewer even said "usually they don't find anything when these incidents occur." My response was "they are learning to add Necessary components." 2 foil colored RAHMEN NOODLES season packets? For those packettes, I am "attempting to assault" an officer who is authorized to use a wooden club to subdue me? I Loved I PA training and was matched to the teacher I'd be assigned to work for. I wanted and needed to successfully complete that training program. Serrell caused me injury of my liberty interests (and potential). He is also party to (or the initiator) the conspiracy to thwart my compliance to the 1 yr state statute of limitations of the Court of Claims.

10.

# 7.    Causes of Action

1. First Cause of Action: On February 1, 2012 Correction Officer John Serrell pulled me out of a line of inmates who were walking towards the prison's clinic for evening medication. (7:48 p.m.) Mr. Serrell waited until the area was cleared of people (except his partner) and viciously poked me in my chest while yelling "Who do you think you are!" My response was "Don't touch me." Shortly after, Mr. Serrell shoved me against the wall. Immediately I placed my hands high and flat. Mr. Serrell violently kicked my legs apart. One of his hands was beside mines on the wall, his other hand was at the small (lower part) of my back. Mr. Serrell handcuffed me, then threw me to the ground with tremendous force. He beat the living daylights out of me while I lay there on the ground in handcuffs. This physical beating resulted in many contusions and bruising. My permanent and ongoing issues are that there's a permanent lump on my upper left forehead, I suffer with multiple headaches daily, I have some skin scars, and my right eye is damaged. I also still struggle with psychological trauma. Mr. Serrell has also tampered with my legal outgoing and sealed mail and/or is party to destroying it. This action caused me to default on NY Court of Claims

# Causes of Action

First Cause of Action: ... Statute of limitations.
Specifically the 1 year deadline of an intentional
tort naming Mr. Serrell as the perpetrator.
These actions by Mr. Serrell has violated my
1st, 6th, 8th, and 14th Amendment rights
of The U.S. Constitution. The Mail tamper-
ing occurred on 1/29/13 and 1/30/13. Mr. Serrell
was present both days. I personally handed Mr.
Serrell my outgoing mail with a disbursement for
postage and a letter for the mailroom to
rush, due to this deadline. (1/30/13). I did No-
thing to provoke these malicious and sadistic actions.

2. Second Cause of Action: Correction Officer Marcie Ever-
leth is the partner who accompanied Mr. Serrell on
Feb. 01, 2012. Due to a past incident (when Ms. Ever-
leth had been outrageously and unnecessarily rude to
me, then moments afterward had gone over and beyond
to accomodate a latino inmate), I was lead me to believe that
this day (2-1-12) or the physical assault I endured,
was the result of something Ms. Everleth said to Mr.
Serrell as they followed me then lay-in-wait for
me. Ms. Everleth roughly yanked my arm (right)
from the high and flat position, behind me,
although again, very unnecessarily, to join my hands
for Mr. Serrell. Ms. Everleth stood watching and
did nothing while Mr. Serrell beat flames out of
me. Ms. Everleth violated my 8th Amendment, U.S.

# CAUSES of ACTION

Second Cause of Action: Constitutional Right by being depravely indifferent. She failed to protect and had done Nothing to stop Mr. Serrell from physically assaulting me. I suspect she conspired via collaboration with Mr. Serrell moments before he assaulted me maliciously.

3. Third Cause of Action: Deputy Superintendent of Administration Jeffrey Lindstrand conducted the Tier III hearings for the bogus misbehavior report written by Mr. Serrell regarding 2-1-12. Mr. Lindstrand did not ask my witnesses why they refused to testify on my behalf. He manipulated this hearing by commencing it in 2 parts. The interim week allowed Mr. Serrell and Ms. Everleth to collaborate fabrications. (2-7-12 and 2-14-12.) I believe Mr. Lindstrand clearly saw the maliciousness that I was the victim of. He did not allow me to read or present overwhelming proof of my struggle to obtain a seat in the IPA training program that I was about to successfully complete. (IPA = Inmate Program Associate. Prerequisite for Teacher's Aid jobs or Group Facilitator.) I also believe Mr. Lindstrand, with his prior DOCS experiences was easily able to discern that I was and am being 100% truthful. Particularly when Mr. Lindstrand intercepted and combined 3 grievances written by me regarding the 2/1/12 assault I endured. He entitled these grievances "Medical/attack" and

# CAUSES of ACTION

Third Cause of Action: even responded to them by deeming them to be "without merit." Mr. Lindstrand in my opinion has written libel against me. I verbally explained to him why I plead the way I had, yet he chose to write that I had admitted to something that I did not admit to. Despite my assertiveness to re-enroll in subsequent IPA training classes I was not considered for any since the erroneous disposition he rendered. Mr. Lindstrand also was attempting to interfere with a F.O.I.L. request I made regarding this claim. Mr. Lindstrand has violated my 1st, 5th, 8th and 14th Amendment rights of the U.S. Constitution. Due process, liberty interest (was unable to become a teacher's aide: IPA), his erroneous disposition caused me to miss buddhist call outs (appts.), conspiracy to twart my legal claims and intercepting my grievances. To my knowledge his job description was is not part of the grievance process.

4. Fourth Cause of Action: The steady 7AM - 3PM Law Library Correction Officer Robert McCauley promised me (detrimental reliance) on 1/24/13, that if the (conveniently) "out of order" photocopier was still out of order on 1/28/13, that he'd see to it my legal claim get copied for the NYS Court of Claims by using the prison's school photocopier instead. Mr. McCauley was well aware of my statute of limitations dead —

# Causes of Action

Fourth Cause of Action: line. In order for him to place me on the law library's "special access" list I had to show him my bogus misbehavior report dated 2-1-12 and the intentional tort filing deadlines out of the stapled mailout provided by (drafted by) prisoners' Legal Services. He did not honor his word. On 1/28/13 Mr. McCauley did not make any photocopies for me. He pretended that my preapproved hardcopy to advance me special postage and photocopying fees signed by the acting Deputy Superintendent of Programs (as is procedure) needed further verification by phoning her. This occurred despite the fact that the Dep. of Prog's always sends him a copy of the approved advance for the law library's files. Mr. McCauley also told another inmate (Donnie Pugh 11A2730) that "Grubbs thinks he's so smart. Not only is he pissing off the blue's (Corr. Offers.), the greens are getting pissed off too." Green is the color of inmate uniforms in NYS. While Mr. McCauley waited for the Dep. of Programs to "return his call and verify", I was summoned to a grievance interview. From that interview I was keeplocked thwarting my compliance with the statute of limitations in the NYS Court of Claims. Mr. McCauley played an important role in the conspiracy to thwart my access to the courts. Mr. McCauley has violated my 1st, 6th, 8th and 14th Amendment rights of the U.S. Constitution.

# Causes of Action

5. Fifth Cause of Action: Dr. David Karandy, head medi-cal doctor at Great Meadow prison, has caused me a significant amount of unnecessary and ongoing pain. He and his staff were deliberately indifferent by avoiding me and ignoring my multiple written and verbal requests for the injuries I sustained as a result of being brutally beaten on 2/1/12. I have objective evidence of permanent injuries on my person that went purposely untreated and undocumented by Dr. Karandy. He is also, in my opinion negligent in supervising the nurses who saw my injuries and did not report any of them. Dr. Karandy purposely avoided sending me to get diagnostic testing for the head injuries I sustained on 2/1/12. I repeatedly wrote requests to sick call, to Dr. Karandy personally, and to the Chief Medical officer in Albany, N.Y. DOCS. They all deny my injuries and lie, saying I had been tho-roughly examined when I had not been. Specifically the mock interview that Dr. Karandy held with me on 2/15/12. Head injuries constitute a serious medical need. Despite my numerous letters and sick call requests for Ibu-profen, etc., I was continually being deprived any proper treatment. Not even a cold pak for my head. Dr. Karandy failed to properly supervise and repeated-ly cancelled every appointment to see me long after my bruises appeared subsided. He repeatedly gave me excuses for not providing me any F.O.I.L. copies of the many letters he received from me begging for

# Causes of Action

Fifth Cause of Action: medical treatment. Dr. Karandy has violated my 8th Amendment right and my 14th Amendment right to equal treatment/protection. He is or was very aware that I am a mental health patient. I showed textbook signs of a mild to moderate concussion and I told Dr. Karandy of those symptoms. At the very least he should have monitored me. Now I still have multiple daily headaches accompanied with permanent scars and lumps. My eye is permanently damaged. Dr. Karandy tried his best at participating (which he succeeded) in thwarting my claim at the state level. My family shouldn't have had to repeatedly call Great Meadow to get me an examination for my head injuries. And none of these resources produced a single copy of my letters begging for medical treatment. Why? I certainly requested copies by letter many times over.

6. Sixth Cause of Action: Sergeant Toby Williams has repeatedly threatened and intimidated me. In a previous and unrelated interview with him he defended an officer who recruited others and as a group backed me up under the staircase baiting me into a confrontation. It did not work. Regarding this claim it was Sgt. Williams who summoned me from getting the requested photocopies per rules of the NYS Court of Claims on 1/28/ 2013. Weather out of retaliation or simply a way to ensure the monitoring and confiscation of my outgoing mail to the courts, Sgt. Williams er —

17.

# Causes of Action

Sixth Cause of Action: roneously and maliciously keeplocked me. This was an unofficial way of keeping me in that cell as a punishment for not signing off on a grievance regarding his officers. Specifically C.O. Ramos and C.O. Harrington whom I was told destroyed, stole and threw in to the trash, my SONY walkman, (which are not made or produced any longer) and other personal property I had previously purchased. Sgt. Williams has verbally assaulted me, threatened to "send me back to my enemies" regarding my housing area, he has looked the other way when his subordinates were malicious towards me, he ordered that I be locked in my cell for days resulting in me being unable to attend Bible Study and Law Library, my medication was not delivered due to the unofficial nature of keeplocking me, I was not fed by the inmates who work "feed-up" because there was no order placed for a feed up tray for my cell. Keeplocking me caused me significant damage because I was not able to monitor the chain of possession (procedurally) of my outgoing sealed legal mail. Sgt. Williams has failed to properly supervise and his malicious actions deprived me access to the courts and of attending religious practices. Sgt. Williams has violated my 1st, 6th, 8th and 14th Amendment rights of the U.S. Constitution. Keeplocking inmates due to the inmate's

18.

Causes of Action

**S**ixth Cause of Action: complaint of being harassed by security staff is absurd and unheard of. Besides those factors it's also a flat out lie. I understand that Sgt. Williams was assigned to behavioral and mental health departments of Great Meadow prison. Hence he has violated the right (my right) to special issues for prisoners with mental illness which also fall under the 8th and 14th Amendments of The U.S. Constitution.

7. Seventh Cause of Action: Ms. Sara Nakiewicz is the mailroom supervisor at Great Meadow prison. She purposely held, or failed to properly supervise a worker who purpose-ly held over my notice of intention to file a claim from 4/25/12 until a Friday, late afternoon distribution of inmate mail causing me to default on the 90 day rule of accrual time. The mailroom had more than ample time to get the form needed for correction to me before the week-end arrived when nothing could be resubmitted until Mon-day. The 90 day accrual deadline was 5/1/12 and the attorney general received my notice of intention on 5/4/12. Also, mailroom personnel blatantly and maliciously lied and actively joined the conspiracy to thwart my sealed outgoing mail to the attorney general again. This time withholding my motion to file a late claim, etc. from 1/30/13 when Officer Serrell took it out of my hand until how-ever long which caused the attorney general to finally receive it on 2/11/13. They gave some bogus excuse that I submitted an unsigned disbursement form for postage fees. This is 100% fabrication. I diligently rechecked

19.

# CAUSES of ACTION

Seventh Cause of Action: every single item that I had to mail as well as each accompanying form(s) required. Therefore, Ms. Nakiewicz has violated my 1st, 6th, 8th, and 14th Amendment rights of the U.S. Constitution. The conspiracy 2 years in a row of purposely tampering with my legal mail (conspiracy) would be my 8th Amendment violation. In addition to due process Ms. Nakiewicz has violated my equal protection (or treatment) rights of the 14th Amendment. I can't say that she is part of the opening, distributing, and ultimately the disposal of my outgoing mail to the Court of Claims since the Court of Claims advised me in writing that I am not in their system at all. Besides that, Officer Ashline revealed that he read some if not all of my claims.

8. Eighth Cause of Action: Mr. Steven Racette was the superintendent of Great Meadow prison at all times that each Constitutional violation within this 42 U.S.C. 1983 action commenced, and remained superintendent throughout. To say Mr. Racette had not properly supervised his staff is absolutely true. I also believe he instructed the mailroom personnel as well as Sgt. Williams and C.O. Mc Cauley to thoroughly sabotage my efforts to file a claim in the NY state court of Claims. They were successful in doing so. Mr. Racette went over and beyond to cover up the malfeasance of his staff. He even blatantly

# CAUSES of ACTION

8. Eighth Cause of Action: lied about a host of issues regarding my injuries, what occurred when I had the 5 minute interview with Dr. Karandy on 2/15/12, when it was that I first reported being brutally assaulted, and a whole lot more. He even exploited the minute politenesses exchanged when Nurse Dave Lehmann administered evening medication to me. Mr. Racette had to know about the multitude of cross-departmental corruption to thwart my chances of successfully file and win a claim against NY state in the Court of Claims. He even diagnosed my mental state and invented a motive as to why I appealed the bogus misbehavior report written by officer Serrell on 2-1-12. Mr. Racette has been deliberately indifferent to my rights as a mental health patient. He actively helped in the conspiracy to sabotage my access to the Court of Claims in NYS. Although I've never met him he wrote libelous statements of me and even inventing people and occurrences, etc., that never happened or existed. These actions violated my 8th, 1st, 14th and 6th Amendment rights of the U.S. Constitution. In no way had he given me equal protection (or treatment). Especially if he ordered Dr. Karandy not to render medical treatment to me. This man even exploited my serious and chronical illnesses. He made it sound as if I was examined daily, when I am one of hundreds who get meds at the clinic window, daily.

# CAUSES of Action

9. Nineth Cause of Action: Correction Officer Joseph Harrington (whom I formerly referred to as "the officer with the sleepy eye) has broken my personal property, stole some of my property and threw some of my property into the garbage can on the ground floor of C company. This includes a clear (see thru) SONY walkman and a Whitney Houston cassette. They no longer make clear SONY walkmans and we all know that Whitney Houston recordings have or will increase in value substantially.

This occurred on 1/22/13 when while I had a serious panic attack he and C.O. Ramos dragged me from C 6 company down to C8 company and literally threw me on top of the inmate clerk's desk on C1 company. The destruction of my items occurred under the supervision of Sgt. Williams. They keeplocked me this day out of retaliation as well. This was in spite of being cleared by Medical and mental health professionals. This has relevance because Sgt. Williams keeplocked me because I would not sign off on the grievance regarding the malicious acts of C.O. Ramos and C.O. Harrington on 1/22/13. I missed valuable time in the law library and via the snowball effect I was unable to observe what officers did with my legal mail on 1/29/13 and 1/30/13. Mr. Harrington has violated my 8th, 6th, and 14th

22.

## CAUSES of ACTION

Nineth Cause of Action: Amendment rights as well as my
1st Amendment right of the U.S. Constitution causing me to
be absent from a protestant callout and a law library callout
on 1/22/13.

10. Tenth Cause of Action: Nurse Kimberly Lipka lied IN MY
Medical records. (I am almost sure of it.) She had also er-
roneously confused me with someone who had written a
grievance about her. I did ultimately write to the
Nurse administrator because she repeatedly attempted
to bait me into having heated verbal confrontations
with her. She consistently ~~bailed~~ refused to admin-
ister over-the-counter medications to me and even
joined C.O. St. John in a duo act of chastising me.
They tried to bully me into saying that I refused to
see the doctor. This would take the heat off of
the escort officer who told me to get dressed and
he'd return to pick me up. He never returned. Nurse
Lipka did not report my contusions, lumps, and bruises
to the doctor nor did she document what she saw into
my medical files. By omitting my injuries in my med-
ical files she has purposely violated my right to
adequate health care and was deliberately indiffer-
ent to my serious medical needs. Therefore NursE
Lipka has violated my 8th Amendment and 14th Amend-
ment rights of the U.S. Constitution. She did not
execute equal protection (treatment) and possibly "misplaced"
my numerous sick call requests between 2/2/12 — 2/15/12.
She knowingly made false statements on official NY State

23.

# CAUSES of ACTION

TENTH CAUSE of ACTION: documents i.e. my medical file.

11. Eleventh Cause of Action: Officer Jason Ashline and I have had absolutely no history before I was moved from C6 company to C8-7 cell on 1/22/13. Instantly, this corrections officer viciously threatened, harassed, and intimidated me and I believed he'd make good on his actions and words 100%. It was not difficult to figure out that he was acting out on behalf of C.O. Ramos, I noticed they were together a lot and Mr. Ashline told me that when I write grievance to "spell his name right." I wrote the executives of DOCS in Albany instead. I also gave a specificly detailed account of dates and times, as well as methods of his harassment towards me to the head counselor of corrections at Great Meadow: Mr. Scroggy. Despite writing within that log that he may (Mr. Scroggy) "make himself copies" of the eleven page account of occurrences but he must return the original to me, Mr. Scroggy did not return the original nor any copies of this log to me. I made plenty of written requests to him, to D.S.S. Quinn (whom he said he gave it to), and to every F.O.I.L. DOCS employee I could think of. No one has or had sent me a copy of that log. I know why. It's because Mr. Ashline was too arrogant with harassing me daily. So much so that he approached me saying "I want to see this 'permanent deformity'." Mr. Ashline had quoted my exact words and searched my face for the injury I was referring to when I wrote those

24.

# CAUSES of ACTION

Eleventh Cause of Action: exact words in my Motions and claims, mailed (supposed to have been) to the NYS Court of claims. So hopefully during discovery someone will come up with that log of how I had been repeatedly violated. Mr. Ashline had my claim in his hands, or knows who does. Therefore Mr. Ashline has violated my 1st, 6th, 8th and 14th Amendment rights of the U.S. Constitution. Mr. Ashline had denied me access to the facility's law library a few times. Even after I was moved from C - block (Mr. Ashline's steady post.) to D2-22 cell, he took my I.D. off of C.O. Taylor's desk on the flats of C8 company (ground floor) after Mr. Taylor had already written me a hall pass. Unfortunately I was unable to go to the Notary as well as the law library without my inmate photo I.D. that day.

12. Twelfth Cause of Action: Nurse David Lehmann was the first medically trained professional to look me over after I was brutally assaulted by officer Serrell on 2-1-12. Despite our minute pleasantries when Dave is administering evening medication at the window of the prison's clinic he lied during the recorded interview at my tier III hearing of the 2/1/12 incident. Although it may be ill-advised to truthfully admit occurrences that would favor an inmate's version of events, I cannot overlook his denial and omissions of seeing my injuries. I distinctly remember being on A6 company before my tier hearing and Dave came to me to give me my evening meds. He

25.

# CAUSES of ACTION

Twelfth Cause of Action: spoke openly to myself and my
Neighbor who also receives evening medication from
Dave. Dave told us that he'd mentioned to DSA
Lindstrand that he "did not think Grubbs did this."
I also turned my cell's light on so that Dave clearly
saw my eye, the lumps on my head, and the puss
filled abrasions to my arm. He was very vague
when recorded questions were asked of him regar-
ding my injuries. He sounded as if he'd redeemed
himself toward the end of his testimony but I don't
think that mattered. If it's not edited the harm
had already been done. Overall his testimony
consisted of lies and answers that sounded as
if he has a bad memory. I understand that Dave
has switched to working in the prison pharmacy.
You cannot be in the pharmacy if you have a flaky
memory. Nurse David Lehmann has violated my
8th Amendment rights of the U.S. Constitution
by being deliberately indifferent to my serious
Medical Needs: Head injuries.

13. Thirteenth Cause of Action: Officer Ramos was
deliberately indifferent to my serious medical
needs when on 1/22/13 he and C.O. Harrington
dragged me down 2 flights of stairs and threw
me on top of the inmate clerk's desk on the
ground floor. Mr. Ramos and C.O. Harrington took it
upon themselves to diagnose my panic attack on

# CAUSES of ACTION

Thirteenth Cause of Action: 1/22/13. They assume it was an act. Therefore they mishandled me by throwing me around on the way to medical. As if that wasn't enough (from what a witness said), Ramos stood by while C.O. Harrington broke, stole, and destroyed my personal property that I purchased and threw some of my items in the garbage can near the C8 company's shower area. The clerk/porter who returned the items to me had later cornered me in the stairwell because when I wrote grievance about these officers' conduct, I assume these officers, through process of deduction, reasoned it was my witness who divulged what they'd done. My guess is that they either threatened him or they lied saying I named him as a witness to officer malfeasance. Inmate Donnie Pugh 11A2730 told me that Ramos asked him "What would you do if we put hands and feet on Grubbs?" (meaning: beat me senseless.) He replied "You'd have to kill me." All of these threats and maliciousness is because C.O. Ramos and Harrington had to transport my property from C6 to C8 company due to my illness. Their malfeasance resulted in the retaliation of keeplocking me when I needed to observe and confirm that my court documents had been properly handed off. Therefore C.O. Ramos has violated my 1st, ...

CAUSES of ACTION

Thirteenth Cause of Action: 6th, 8th and 14th Amendment rights of the U.S. Constitution. C.O. Ramos witnessed the verbal assaults and intimidation I endured from C.O. Ashline and did nothing to stop him. Therefore Mr. Ramos is deliberately indifferent by not intervening when he saw Mr. Ashline harass and abuse me verbally.

14. Fourteenth Cause of Action: On January 29, 2013 (2013), John Doe, who accompanied C.O. John Serrell (partner), took my sealed outgoing legal Mail (with disbursement for postage, and a letter to the mailroom: advising staff there, of statute of limitations deadline: 2-1-13), addressed to The NYS Court of Claims from the food slot in my cell's gate for processing with the AM mail. At that time I was unable to leave my cell and observe the chain of possession of my legal Motions and claims that allege C.O. John Serrell (same) as the perpetrator of said claim against the State of NY that was intended to be mailed. John Doe has violated my 1st, 6th, and 14th Amendment rights of the U.S. Constitution. He literally took my official claims addressed to the court and never mailed it. I only know that the NYS court of claims say I'm not in their system. Also that C.O. Ashline quoted my handwritten claim verbatim.

8.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

1. Injunction to remove the false tier III misbehavior report from my inmate records and from the DOC database.

2. Compensatory damages in the amount of...

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _4-7-14_

Bobby Grubbs
09A5025

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

29.

4-7-14
Bobby Grubbs

## 8. PRAYER FOR RELIEF

$ 370,000.00 .

3. PUNITIVE Damages of $ 50,000.00 .

Compensatory: Pain and suffering
F.O.I.L. fees
Photocopying Fees
Legal Clerk hourly rates
Paralegal hourly rates
(WRONGFUL) Or False Imprisonment: 90 days
Teacher's Aide wages
Permanent Deformities
Medical Depravation
Future Headaches (daily)
Access to Court
(potential awards)
Severe Emotional Trauma
Court Filing Fees

Injunction: Stigmatization of a
propensity to assault
authority figures.
Hence disqualifying me of ob-
taining a prison position or
program where trust and
safety of staff is essential.

Punitive: All violations done with malicious and gran-
dios notions of indemnity. Recreationally.

30.

# VERIFICATION

State of New York        )
                                        SS:
County of Franklin     )

_Bobby Grubbs_ , Being duly sworn, deposes and says that deponent is the Claimant in the within action; that deponent has read forgoing Claim and knows the contents there of; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged upon information and belief, and that as to those matters, deponent beliefs it to be true

x _Bobby Grubbs_

09A5025 , pro se

Sworn to me this 7 day
of _____, 20 14

Notary Public

14