Bobby Grubbs 09A5025
Upstate Correctional Facility
P.O. Box 2001
Malone, N.Y. 12953



Clerk, U.S. District Court
Federal Building and U.S. Courthouse
100 South Clinton Street
Syracuse, N.Y. 13261

4-21/2014

For Clerk, The ORIGINALS, and Copies for

Defendants (12). Hopefully the facility will finally furnish me with the full names of the 13th and 14th defendants now that the claim is filed.

\* Also please look for an Order to Show Cause in this week's mail. (Or early next week.)

Bobby Grubbs

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
COUNTY OF Franklin           )Ss:

Bobby Grubbs, being duly sworn, deposes an says:

I am the claimant in the enclosed action.

I have on this 22 day of April, 2014. Placed and submitted within the institutional mailbox located at:

Upstate Corr. Facility
309 Bare Hill Road
Malone, N.Y. 12953

The following:

42 U.S.C. §1983
Lawsuit · Civil Rights Claim

To be mailed and delivered via the United States Postal Service upon the following:

| | |
|---|---|
| Clerk, U.S. District Court | Office of the |
| Federal Building and U.S. Courthouse | Attorney General |
| 100 South Clinton Street | Dept. of Law |
| Syracuse, N.Y. 13261 | Capitol Building |
| | Albany, N.Y. 12224 |

Bobby Grubbs
09A5025, Pro Se

Sworn to me this 21 day of April, 2014

_____
Notary Public

14