UNITED STATES POSTAGE
$ 06.78⁰
APR 22 2014
02 1A
0004604272
MAILED FROM ZIP CODE 12953

Priority Mail
CombasPrice

UPSTATE
☆
CORRECTIONAL FACILITY

UNITED STATES POSTAGE
$ 06.00⁰
APR 22 2014
02 1A
0004604272
MAILED FROM ZIP CODE 12953

UPSTATE
☆
CORRECTIONAL FACILITY

CLERK U.S. District Court
Federal Building and U.S. Court House
10 South Clinton Street
Syracuse NY 13261

UBS 0945025
CORRECTIONAL FACILITY

CERTIFIED MAIL

7012 2210 0001 9171 1139

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE ™
www.usps.gov
LABEL107R, OCT 1997