**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**BOBBY GRUBBS,**

                **Plaintiff,**                  9:14-cv-467
                                                                      (GLS/CFH)

            v.

**JOHN SERRELL, Correction Officer,
Great Meadow Correctional Facility,**
*et al.,*

                **Defendants.**
_____

**APPEARANCES:**                      **OF COUNSEL:**

**FOR THE PLAINTIFF:**

BOBBY GRUBBS
Plaintiff, *Pro Se*
09-A-5025
Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929

**FOR THE DEFENDANTS:**

HON. ERIC T. SCHNEIDERMAN     MARIA E. LISI-MURRAY
New York State Attorney General     Assistant Attorney General
The Capitol
Albany, New York 12224

**Gary L. Sharpe
Senior District Judge**

                                     **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation and Order by Magistrate Judge Christian F. Hummel, duly filed on August 18, 2016. (Dkt. No. 71.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 71) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt. No. 54) be **GRANTED** as to plaintiff Bobby Grubbs' (1) Eighth Amendment deliberate indifference claims against Racette, Lehmann, Lipka, and Karandy; (2) Eighth Amendment excessive force claim against Harrington; (3) First and Fourteenth Amendment denial of access to the courts claims against McCauley, Narkiewicz, Serrell, Hood, and Lawton; (4) First Amendment retaliation claim against Williams; and **DENIED** as to the Eighth Amendment excessive force claims against Serrell, Everleth, and Raimo; and it is further

**ORDERED** that defendants Racette, Lehmann, Lipka, Karandy,

Harrington, McCauley, Narkiewicz, Hood, Lawton, and Williams are **DISMISSED** from this action; and it is further

**ORDERED** that the clerk of the court serve a copy of this order upon the parties in accordance with this court's Local Rules.

**IT IS SO ORDERED.**

September 13, 2016
Albany, New York

_Gary L. Sharpe_
Gary D. Sharpe
U.S. District Judge