**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

BOBBY GRUBBS,

            Plaintiff,

      v.                                          No. 9:14-CV-0467 (MAD/CFH)

C.O. JOHN SERRELL, et al.,

            Defendants.

---

**APPEARANCES:**                           **OF COUNSEL:**

Wilson, Elser, Law Firm               MARC J. KAIM, ESQ.
Albany Office
200 Great Oaks Boulevard,
Suite 228
Albany, New York 12203
Attorney for plaintiff

HON. ERIC T. SCHNEIDERMAN      LOUIS JIM, ESQ.
Attorney General for the             COLLEEN GALLIGAN, ESQ.
   State of New York                  Assistant Attorneys General
The Capitol
Albany, New York 12224
Attorney for defendants

**CHRISTIAN F. HUMMEL
U.S. MAGISTRATE JUDGE**

## REPORT-RECOMMENDATION AND ORDER

       On December 4, 2017, Hon. Judge Mae A. D'Agostino issued a text order scheduling an exhaustion hearing for December 12, 2017 at 11:00 A.M. before the undersigned. Dkt. No. 93.

On December 8, 2017, plaintiff's counsel filed a letter motion requesting that the exhaustion hearing be rescheduled. Dkt. No. 112. The undersigned granted that request, and rescheduled the exhaustion hearing for December 14, 2017 at 11:00 A.M.

The Court conducted an on-the-record exhaustion hearing on December 14, 2017. The transcript of that proceeding is annexed to this Report-Recommendation and Order. As directed during that hearing, and for the reasons stated at that time, which are incorporated herein:

**WHEREFORE**, it is hereby

**RECOMMENDED**, that all remaining claims in plaintiff Bobby Grubb's amended complaint (Dkt. No. 11) be **DISMISSED with prejudice** for his failure to exhaust his administrative remedies; and it is

**ORDERED**, that the Clerk of the Court serve a copy of this Report-Recommendation and Order upon the parties to this action pursuant to local rules.

**IT IS SO ORDERED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may lodge written objections to the foregoing report within fourteen (14) days. Such objections shall be filed with the Clerk of the Court. **FAILURE TO OBJECT TO THIS REPORT WITHIN FOURTEEN DAYS WILL PRECLUDE APPELLATE REVIEW.** Roldan v. Racette, 984 F.2d 85, 89 (2d Cir. 1993); Small v. Sec'y of HHS, 892 F.2d 15 (2d Cir. 1989); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(e).

Dated:    December 15, 2017
         Albany, New York

*Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge